FILED
CLERK, U.S. DISTRICT COURT

August 23, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

Darrell P. White (SBN 270038)
dwhite@klw-law.com
Michelle E. Soon (SBN 329098).
msoon@klw-law.com
**KIMURA LONDON & WHITE LLP**
3 Park Plaza, Suite 1520
Irvine, California 92614
(949) 474-0940

Attorneys for Plaintiff JOSE CASTRO, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSE CASTRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware corporation; and DOES 1 to 100,<br><br>Defendant. | Case No.: 2:20-cv-10634-SB-JEM<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Assigned to:<br>Hon. Stanley Blumenfeld, Jr., Crtroom: 6C<br><br>Complaint Filed:  November 20, 2020 |

# ORDER

Pursuant to the Stipulation of Dismissal submitted by plaintiff JOSE CASTRO and defendant JPMORGAN CHASE BANK, N.A., Plaintiff's entire complaint against Defendant, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice and each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 23, 2021



Stanley Blumenfeld, Jr.
United States District Judge